IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2008 SEP -2 AM 8: 25

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
DEPUTY

| | | |
|---|---|---|
| ADVOCACY INCORPORATED, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | CIVIL NO. A-08-CA-071-LY |
| ADELAIDE HORN, IN HER OFFICIAL | § | |
| CAPACITY AS THE COMMISSIONER | § | |
| OF THE TEXAS DEPARTMENT OF | § | |
| AGING & DISABILITY SERVICES, | § | |
| DEFENDANT. | § | |

## ORDER

Before the Court are Plaintiff's Motion for Preliminary Injunction filed January 23, 2008 (Doc. #2) and Plaintiff's Request for Judgment filed June 12, 2008 (Doc. #16). On August 29, 2008, the Court conducted a bench trial on the merits of this cause, shall render a final judgment on the merits, and the Court shall dismiss Plaintiff's motions.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Preliminary Injunction filed January 23, 2008 (Doc. #2) and Plaintiff's Request for Judgment filed June 12, 2008 (Doc. #16) are **DISMISSED**. The Court shall consider Plaintiff's Request for Judgment as part of the briefing in this cause.

The Court shall render subsequently findings of fact and conclusions of law and a final judgment in this cause.

SIGNED this _29th_ day of August, 2008.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE